# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOBBY GREEN, | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-13-756-M |
| JUSTIN JONES, DOC Director, | ) |
| Respondent. | ) |

## ORDER

On August 14, 2014, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action. The Magistrate Judge recommended the denial of petitioner's application for habeas relief. The parties were advised of their right to object to the Report and Recommendation by September 3, 2014. On September 2, 2014, petitioner filed his objections.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 19] issued by the Magistrate Judge on August 14, 2014;

(2) DENIES the Petition for Writ of Habeas Corpus; and

(3) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 19th day of September, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE